UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY M. FELLS,

    Petitioner,

v.

EDWARD SILVA,

    Respondent.

Case No. 25-cv-04378-JD

**ORDER RE DISMISSAL**

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The original petition was dismissed with leave to amend and petitioner has filed an amended petition. Dkt. No. 7.

**BACKGROUND**

Petitioner was found guilty of kidnapping, robbery, and rape and his state appeals were denied in 2014. Dkt. No. 1 at 2-4. He filed a prior federal habeas action in this Court regarding the same conviction. *See Fells v. Valenzuela*, Case No. 15-cv-1390 JD. That petition was denied on the merits on June 6, 2016. *Id.*, Dkt. No. 13. The Ninth Circuit denied petitioner's two requests to file a successive petition on July 18, 2018, and December 20, 2024. *Id.*, Dkt. Nos. 17, 18.

**DISCUSSION**

In the amended petition, petitioner alleges that he was denied a competency hearing prior to his conviction and that trial counsel was ineffective for failing to "investigate his [] past and present mental condition . . ." Dkt. No. 7 at 3. These claims were denied on the merits in his prior case, Case No. 15-cv-1390 JD, Dkt. No. 13 at 7-11. This second habeas petition is dismissed because it presents claims that were presented in the prior habeas petition. 28 U.S.C. § 2244(b)(1)

("A claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed." ).

## CONCLUSION

The Clerk is requested to close the case. The Court declines to issue a certificate of appealability. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: September 10, 2025

JAMES DONATO
United States District Judge